# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-cr-00273-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| SUSAN ELIZABETH CUMMINS, ) | ORDER |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court sua sponte in order to arrange return travel for Defendant from this District to California. The Court's previous Order is hereby amended to include such return travel, and the United States Marshal is directed to make travel arrangements for the Defendant to return to her home in California.

IT IS SO ORDERED.    Signed: February 6, 2008

Frank D. Whitney
United States District Judge